**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY, <br><br> Plaintiff and Counter-Claim Defendant, <br><br> v. <br><br> VINTAGE BRAND, LLC, <br><br> Defendant and Counter-Claim Plaintiff, <br><br> and <br><br> SPORTSWEAR INC. d/b/a PREP SPORTWEAR; and CHAD HARTVIGSON, <br><br> Defendants. | Case No. 4:21-cv-01091-MWB <br> (Hon. Matthew W. Brann) |

**DEFENDANTS' AMENDED NOTICE OF CROSS-APPEAL**

In accordance with Rule 4(a)(4)(B)(ii) of the Federal Rules of Appellate Procedure, Defendants Vintage Brand, LLC, Sportswear Inc., and Chad Hartvigson hereby amend their Notice of Cross-Appeal (Doc. 383) to the Court of Appeals for the Third Circuit such that it encompasses both the judgment entered on June 25, 2025 (Doc. 368) as well as the Court's order issued on October 31, 2025, disposing of Defendants' renewed motion for judgment as a matter of law or, alternatively, for a new trial (Doc. 390).

1

Dated:  November 7, 2025.                    Respectfully submitted,


By: */s/ John T. Fetters*
        John T. Fetters, Esq., *pro hac vice*
        Joshua D. Harms, Esq., *pro hac vice*
        Leslie Vander Griend, Esq., *pro hac vice*
        Valerie A. Walker, Esq., *pro hac vice*
        Washington I.D. Nos. 55679, 40800,
        28090, 52584
        STOKES LAWRENCE, P.S.
        1420 Fifth Avenue, Suite 3000
        Seattle, Washington 98101
        Phone:   (206) 626-6000
        Joshua.Harms@stokeslaw.com
        John.Fetters@stokeslaw.com
        Leslie.VanderGriend@stokeslaw.com
        Valerie.Walker@stokeslaw.com

        Mark P. McKenna, Esq., *pro hac vice*
        Illinois I.D. No. 6272699
        LEX LUMINA PLLC
        745 Fifth Avenue, Suite 500
        New York, New York 10151
        Phone:   (646) 898-2055
        Mark@lex-lumina.com

Marc H. Perry, Esq.
PA Supreme Court I.D. No. 68610
POST & SCHELL, P.C.
1717 Arch Street, 24th Floor
Philadelphia, Pennsylvania 19103
Phone:  (215) 587-1101
mperry@postschell.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system on this 7th day of November 2025, which constitutes service on Plaintiff pursuant to Fed. R. Civ. P. 5(b)(2)(E):

Courtney S. Schorr, Esquire
McGuire Woods LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA  15222-3142

Claire H. Eller, Esq., *pro hac vice*
Lucy J. Wheatley, Esq., *pro hac vice*
David E. Finkleson, Esq., *pro hac vice*
McGuire Woods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA  23219-3916

Kyle S. Smith, Esq., *pro hac vice*
McGuire Woods LLP
501 Fayetteville St., Suite 500
Raleigh, NC 27601

Jessica S. Maupin, Esq., *pro hac vice*
McGuire Woods LLP
2000 McKinney Ave., Suite 1400
Dallas, TX 75201
*Attorneys for The Pennsylvania State University*

Dated:  November 7th, 2025.          By: */s/John T. Fetters*
                                         John T. Fetters, Esq., *pro hac vice*
                                         Washington I.D. No. 40800
                                         STOKES LAWRENCE, P.S.
                                         1420 Fifth Avenue, Suite 3000
                                         Seattle, Washington 98101
                                         Phone:   (206) 626-6000
                                         Fax:       (206) 464-1496
                                         John.Fetters@stokeslaw.com