Nos. 25-2398(L), 25-2494

# In the United States Court of Appeals for the Third Circuit

———————

THE PENNSYLVANIA STATE UNIVERSITY,

*Plaintiff-Appellant/Cross-Appellee,*

v.

VINTAGE BRAND LLC, ET AL.,

*Defendants-Appellees/Cross-Appellants.*

———————

On Appeal from the United States District Court
for the Middle District of Pennsylvania
Honorable Matthew W. Brann, District Judge
Case No. 4:21-cv-01091-MWB

———————

**JOINT STATUS REPORT**

———————

Pursuant to this Court's Order dated August 15, 2025 staying the instant appeal and ordering the parties to file written reports addressing the status of the pending motion every thirty days, the parties hereby provide the following status update:

The district court entered an order on October 31, 2025, disposing of the post-trial motion filed by Vintage Brand, LLC, Sportswear, Inc.,

and Chad Hartvigson. Defendants filed an Amended Notice of Appeal on November 7, 2025. There are no further matters currently pending before the district court.

Dated: November 14, 2025	Respectfully submitted,

<div style="margin-left: 3em;">

/s/ *Lucy J. Wheatley*
Lucy J. Wheatley
Virginia Bar No. 77459
Brian D. Schmalzbach
Virginia Bar No. 88544
Claire H. Eller
Virginia Bar No. 90077
MCGUIREWOODS LLP
800 East Canal St.
Richmond, VA 23219
T: (804) 775-4320
T: (804) 775-1368
*lwheatley@mcguirewoods.com*
*bschmalzbach@mcguirewoods.com*
*celler@mcguirewoods.com*

*Counsel for The Pennsylvania State University*


STOKES LAWRENCE, P.S.

*/s/ Joshua D. Harms* (by permission)
John T. Fetters, Esq.
*Pro hac vice*
Joshua D. Harms, Esq.
*Pro hac vice*
Valerie A. Walker

</div>

*Pro hac vice*
1420 Fifth Avenue
Suite 3000
Seattle, Washington 9101
T: (206) 626-6000
*john.fetters@stokeslaw.com*
*joshua.harms@stokeslaw.com*
*valerie.walker@stokeslaw.com*

*Counsel for Vintage Brand LLC, Sportswear, Inc. d/b/a Prep Sportswear and Chad Hartvigson*

POST & SCHELL, P.C.

_____
Karyn Dobroskey Rienzi, Esq.
Three Logan Square
1717 Arch Street, 24th Floor
Philadelphia, PA 19103
T: (215) 320-4778
*krienzi@postschell.com*

*Co-counsel for Appellees, Vintage Brand, LLC, Sportswear, Inc. d/b/a Prep Sportswear and Chad Hartvigson*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2025, the foregoing was filed with the Clerk of the United States Court of Appeals for the Third Circuit using the appellate CM/ECF system, which will also serve counsel of record.

<div style="text-align: right;">
<em>/s/ Lucy J. Wheatley</em>
Lucy J. Wheatley
</div>