# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2398 & 25-2494

Pennsylvania State University v. Vintage Brand LLC, et al

(District Court No. 4:21-cv-01091)

## CROSS-APPEAL BRIEFING AND SCHEDULING ORDER

It is **ORDERED** that the first-step brief by Appellant/Cross-Appellee and the joint appendix shall be filed and served on or before **12/29/2025. It is the preference of the Court that volume one of the appendix be attached to the brief.**

It is **FURTHER ORDERED** that the second-step brief(s) for Appellee/Cross-Appellant shall be filed and served within thirty (30) days of service of the first-step brief.

It is **FURTHER ORDERED** that the third-step brief, which is the reply brief by Appellant/Cross-Appellee shall be filed and served within thirty (30) days of service of the second-step brief,

It is **FURTHER ORDERED** that the fourth-step reply brief which is the reply brief, if any, for Appellee/Cross-Appellant shall be filed and served within twenty-one (21) days of service of third-step brief.

It is **FURTHER ORDERED** that in the event of default in filing either the first or second -step briefs by the Appellant/Cross-Appellee or the Appellee/Cross-Appellant as directed, the respective appeal may be dismissed without further notice.

This Court requires the filing of briefs by counsel in both electronic and paper format. 3rd Cir. LAR 31 .1(b) . Pro Se litigants are exempt from the electronic filing requirement. **Parties must file 7 copies of the briefs; pro se parties who are proceeding in forma pauperis may file only 4 copies. Costs for additional copies will be permitted only if the Court directs that additional copies be filed.**Pursuant to 3rd Cir. LAR 30.1(a), counsel must electronically file the appendix in accordance with LAR Misc. 113.

**It is noted that, where applicable, parties must comply with 3rd Cir. LAR 31.2 which provides:** A local, state or federal entity or agency, which was served in the district court and which is the appellee, must file a brief in all cases in which a briefing schedule is issued unless the court has granted a motion seeking permission to be excused from filing a brief. The rule does not apply to entities or agencies that are respondents to a petition for review, unless the entity or agency is the sole respondent, or to entities or agencies which acted solely as an adjudicatory tribunal.

It is further noted that Fed. R. App. P. 28.1 governs the filing of cross-appeal briefs.

Checklists regarding the requirements for filing a brief and appendix are available on this Court's website at www.ca3.uscourts.gov. **If assistance is needed, please call 215-597-2995 and select option 2 for the Briefing department.**

**For verbal extensions of time, please call 215-597-2995 and select option 3 for Case Management.**

For the Court,


s/ Patricia S. Dodszuweit,
Clerk

Dated: November 18, 2025
JK/cc:  Karyn Dobroskey Rienzi, Esq.
Claire H. Eller, Esq.
John T. Fetters, Esq.
Joshua D. Harms, Esq.
Brian D. Schmalzbach, Esq.
Valerie A. Walker, Esq.
Lucy J. Wheatley, Esq.