# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. _25-2398, 25-2494_

Pennsylvania State University _____ vs. _Vintage Brand LLC, et al_

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

Amici Curiae Trademark Law Professors (see attached Appendix for names)

Indicate the party's role IN THIS COURT (check **only** one):

____ Petitioner(s)          ____ Appellant(s)          ____ Intervenor(s)

____ Respondent(s)          ____ Appellee(s)          _X_ Amicus Curiae

(Type or Print) Counse's Name   Gabriella Blatt _____

____ Mr.   _X_ Ms.   ____ Mrs.   ____ Miss   ____ Mx.

Firm   Juelsgaard IP & Innovation Clinic, Mills Legal Clinic, Stanford Law School _____

Address   559 Abbott Way _____

City, State, Zip Code   Stanford CA 94305 _____

Phone _650-725-6369 _____          Fax _____

**Primary E-Mail Address (required)** gblatt@stanford.edu _____
**Additional E-Mail Address (1)** _____
**Additional E-Mail Address (2)** _____
**Additional E-Mail Address (3)** _____

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** _Gabriella Blatt_ _____

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 5/7/2019

American LegalNet, Inc.

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
## APPEARANCE OF QUALIFIED LAW STUDENT PURSUANT TO LAR 46.3

---

### CERTIFICATION BY DEAN OF LAW SCHOOL APPROVED
### BY THE AMERICAN BAR ASSOCIATION

---

Appeal No. & Caption: _____

I, _____, Dean of _____,

a law school approved by the American Bar Association, do hereby certify that

_____, whose signature appears hereon, is a duly enrolled student of
Name of student

good character and competent legal ability who, having completed legal studies equivalent to at least

four semesters, is adequately trained to practice under the rules of the court.

_____          _____
Signature of Dean                                                      Date

☑ Check here if the law student is enrolled in a law school clinic or pro bono program and does not require certification under LAR 46.3(b)(3).

---

### STATEMENT OF LAW STUDENT

---

Appeal No. & Caption: 25-2494 Pennsylvania State University v. Vintage Brand LLC, et al

I Gabriella Blatt _____, hereby state that I have read and am familiar with the Code of

Professional Responsibility or Rules of Professional Conduct in force in the state in which my law

school is located. I further state, in accordance with Local Rule 46.3(b), that I will neither ask for nor

receive compensation or remuneration from the person on whose behalf I am rendering services. My

email address, to be used for electronic service in this case, is: gblatt@mlc.stanford.edu.

_Gabriella Blatt_____          March 12, 2026
Signature of Student                                           Date

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
## APPEARANCE OF QUALIFIED LAW STUDENT PURSUANT TO LAR 46.3

### AGREEMENT OF SUPERVISION

Appeal No. & Caption: 25-2494 Pennsylvania State University v. Vintage Brand LLC, et al

I agree to work with Gabriella Blatt _____ as supervising attorney in the
<br>Name of student

above-referenced case. As attorney of record, I assume personal professional responsibility for the law student's work and for supervising the quality of that work.

_____
Signature of Supervising Attorney

3/12/26
_____
Date

### ACKNOWLEDGMENT OF PARTY

Appeal No. & Caption: _____

I agree to be represented on appeal in the United States Court of Appeals for the Third Circuit by:

_____, a law student enrolled at
<br>Name of law student

_____ who is qualified
<br>Name of law school

to practice before the United States Court of Appeals for the Third Circuit under the rules of the court.

I understand that _____, a member of the
<br>Name of supervising attorney

Third Circuit bar, will supervise the work of the law student on my behalf.

Client consent not required under LAR 46.3(a)(4)
_____
Signature of Party

_____
Date

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
## APPEARANCE OF QUALIFIED LAW STUDENT PURSUANT TO LAR 46.3

### OATH OF LAW STUDENT

I, Gabriella Blatt , do solemnly swear (or affirm) that I will support the Constitution of the United States, and that, in practicing as an eligible law student under 3d Cir. L.A.R. 46.3, I will conduct myself strictly in accordance with the terms of that rule and according to law.

_____
Applicant's Signature

SUBSCRIBED AND SWORN TO
BEFORE ME ON THIS 12 DAY
OF March 20 26

_____[See Attached]_____
Signature of Notary or Person authorized to administer oaths

Print    Save    Reset

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Santa Clara

Subscribed and sworn to (or affirmed) before me on this 12th day of March, 2024, by
Gabriella Blatt,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

LAURA CASTILLO-RUIZ
Notary Public - California
Santa Clara County
Commission # 2465241
My Comm. Expires Oct 3, 2027

(Seal)

Signature

# APPENDIX—LIST OF *AMICI*

*Amici curiae* are the 25 Trademark Law professors listed below. Affiliation is provided for identification purposes only; all signatories are participating in their individual capacity and not on behalf of their institutions.

**Professor Mark Bartholomew**
University of Buffalo School of Law

**Professor Michael Carroll**
American University Washington College of Law

**Professor Zachary L. Catanzaro**
Widener University Delaware Law School

**Professor Andrew Chin**
University of North Carolina School of Law

**Professor Stacey Dogan**
Boston University School of Law

**Professor Dave Fagundes**
Emory University School of Law

**Emeritus Professor William T. Gallagher**
Golden Gate University School of Law

**Professor Jim Gibson**
University of Richmond School of Law

**Professor Laura A. Heymann**
William & Mary Law School

**Professor Timothy T. Hsieh**
Oklahoma City University School of Law

**Professor Stacey M. Lantagne**
Suffolk University Law School

**Professor Yvette Joy Liebesman**
Saint Louis University School of Law

**Professor Jessica Litman**
University of Michigan Law School

**Professor Glynn S. Lunney, Jr.**
Texas A&M University School of Law

**Professor Sari Mazzurco**
SMU Dedman School of Law

**Professor Joseph Scott Miller**
University of Georgia School of Law

**Professor Viva R. Moffat**
University of Denver College of Law

**Professor Jef Pearlman**
Boston University School of Law

**Professor Aaron Perzanowski**
University of Michigan Law School

**Professor Betsy Rosenblatt**
Case Western Reserve University Law School

**Professor Guy Rub**
Temple University Beasley School of Law

**Professor Pamela Samuelson**
University of California Berkeley School of Law

**Professor Jason Schultz**
NYU School of Law

**Professor Jessica Silbey**
Boston University School of Law

**Professor Matthew Sipe**
University of Baltimore School of Law